

# SHERIFF'S CERTIFICATE OF SERVICE ON CORPORATION, PARTNERSHIP OR GOVERMENTAL SUBDIVISION

**Docket #** 17-CV-5599
**Sheriff's Case #** 17046723

**UNITED STATES DISTRICT COURT**
**STATE OF NEW YORK**
-------------------------------------------------------x

**HAROLD RIVERS**
PLAINTIFF/PETITIONER

VS

**IMANI PROPERTY MANAGEMENT**
DEFENDANT/RESPONDENT
-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-10-18

**STATE OF NEW YORK}**
**COUNTY OF NEW YORK} SS:**

I, **PAIGE ROBINSON**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby certify that: I am not a party to this action or proceeding and over 18 years of age. I further certify that on **12/5/2017**, at approximately **2:50 PM** at **412 MALCOLM X BLVD. IMANI PROPERTY MGMT. NEW YORK, NY 10027** in the borough of **MANHATTAN**, County of **NEW YORK**, I served the annexed: **SUMMONS IN A CIVIL ACTION** upon **IMANI PROPERTY MANAGEMENT**, in the following manner:

**[X] PERSONAL SERVICE ON CORPORATION, PARTNERSHIP OR GOVERMENTAL SUBDIVISION**

By delivering to and leaving with, **ANGEL LAVERGNE**, a true copy thereof. Said person stated he was **CHIEF EXECUTIVE OFFICER** an agent authorized to accept service of legal process.

**[X] DESCRIPTION:**

Skin Complexion: **BROWN**          Sex: **MALE**          Approx. Age: **65YRS**

Height: **5'8"**          Weight: **165lbs.**          Hair Color: **BALDING**

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

SHERIFF OF THE CITY OF NEW YORK
JOSEPH FUCITO

Dated: 12/6/2017

BY: _____
**PAIGE ROBINSON**
**DEPUTY SHERIFF**
**SHIELD # 131**

January ___9___, 2017

RECEIVED
SDNY PRO SE OFFICE

2018 JAN 10  AM 10: 31

S.D. OF N.Y.

Hon. Robert W. Sweet
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 18C
New York, NY 10007-1312

**Re:     Rivers v. Imani Property Management Inc. et al; 1:17-cv-05599-RWS**
**Service of Defendants**

Dear Judge Sweet:

I am writing in response to your order dated January 3, 2018 (ECF Document No. 8).

Defendant Imani Property Management has been served. Attached please find a copy of the affidavit of service produce by the City of New York Sherriff, dated December 8, 2017. I did not realize that this document had not been filed with the court before December 30, 2017 because I am pro se, and do not understand all of the procedures that I need to follow for my case.

Respectfully submitted,

Harold Rivers

Harold Rivers
501 W 143rd Street Apt 21
New York, NY 10031-6031
P: 646 685 9319

CC: Opposing Counsel

Enclsoures