

SDNY DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/18

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Harold Rivers

           Plaintiff(s)

vs.

Imani Property Management Inc.,

           Defendant(s)

**Request for Clerk's Certificate of Default**

Civil Case No. 17 cv 5599 (RWS)

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Harold Rivers requests a Clerk's certificate of entry of default. Within in an accompanying affidavit, I affirm that the party against whom the judgment is sought:

1) is not an infant or incompetent person;

2) is not in the military service;

3) was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;

4) has defaulted in appearance in the above captioned action.

_Harold Rivers_
**Counsel for Plaintiff(s) / Plaintiff(s) Pro se**

2018 JUN 22 PM 1:14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Harold Rivers

                     Plaintiff(s),

                  17 Civ. 5599 (RWS)

      - against -

                  **CLERK'S CERTIFICATE OF DEFAULT**

Imani Property Management Inc,

                     Defendant(s),
----------------------------------------------------------X

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 7/21/2017 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Imani Property Management Inc. by personally serving Angel Lavergne, and proof of service was therefore filed on 1/10/2018, Doc. #(s) 9.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

            , 20___

                                        RUBY J. KRAJICK
                                        Clerk of Court

                            By: _____
                                        Deputy Clerk