

# SHERIFF'S CERTIFICATE OF SERVICE ON CORPORATION, PARTNERSHIP OR GOVERMENTAL SUBDIVISION

Docket # 17 CIV. 5599

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sheriff's Case # 18041830

------------------------------------------------x

**HAROLD RIVERS**

PLAINTIFF/PETITIONER

VS

**IMANI PROPERTY MANAGEMENT, INC**

DEFENDANT/RESPONDENT
------------------------------------------------x

STATE OF NEW YORK}
COUNTY OF NEW YORK} SS:

I, **RUSLAN SHULYAR**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby certify that: I am not a party to this action or proceeding and over 18 years of age. I further certify that on **10/2/2018**, at approximately **9:42 AM** at **412 MALCOLM X BLVD. NEW YORK, NY 10027** in the borough of **MANHATTAN**, County of **NEW YORK**, I served the annexed: **ORDER AND MOTION** upon **IMANI PROPERTY MANAGEMENT, INC**, in the following manner:

[X] PERSONAL SERVICE ON CORPORATION, PARTNERSHIP OR GOVERMENTAL SUBDIVISION

By delivering to and leaving with, **TOM GONZALES**, a true copy thereof. Said person stated he/she was **ACCOUNTS RECEIVABLE AGENT** an agent authorized to accept service of legal process.

[X] DESCRIPTION:

Skin Complexion: LIGHT     Sex: M     Approx. Age: 35     Height: 5'6"-5'7"
Weight: 165-175 lbs.                   Hair Color: BOLD

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

Dated: 10/2/2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/18

SHERIFF OF THE CITY OF NEW YORK
JOSEPH FUCITO

BY: _____
RUSLAN SHULYAR
DEPUTY SHERIFF
SHIELD # 423

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

HAROLD RIVERS,

        Plaintiff,

  - against -

IMANI PROPERTY MANAGEMENT, INC. and
100 WEST 121st STREET HDFC,

        Defendants.

------------------------------------------X

17 Civ. 5599 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/18

**Sweet, D.J.**

        Plaintiff's motion to amend this Court's entry of default judgment pursuant to Rule 59(e) and 60(a) of the Federal Rules of Civil Procedure shall be taken on submission on October 10, 2018. All papers shall be served in accordance with Local Civil Rule 6.1

        It is so ordered.

**New York, NY**
**September 6, 2018**

                                    ROBERT W. SWEET
                                        U.S.D.J.